# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR418 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MITCHELL JOHN IBARRA, | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Defendant may be released from the United States Marshal's custody to a member of the Federal Public Defender's Office upon notification from the United States Probation Office that a bed has been secured at location of the public law placement.

DATED this 8th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge